UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERKS MINUTES - GENERAL**

CASE NO.  8:16-cr-484-T-24TGW          DATE: August 12, 2017

TITLE:   USA  v.  Joe Harry Pegg, Dolores Eileen Pegg & Dolores Lee Pegg a/k/a/ Dee Dee Pegg

Time:    9:00 - 10:45, 11:00 - 12:20, 1:37 - 3:09 & 3:30 - 4:17        Total:     5.24

JUDGE: **SUSAN C. BUCKLEW**          COURTROOM DEPUTY:   Susan Saylor

COURT REPORTER: Sandy Provenzano

| Attorneys for Plaintiffs | Attorneys for Defendants |
|---|---|
| Josie Thomas, AUSA | Fred Haddad, Ret |
| Simon Gaugush, AUSA | Bruce Zimet, Ret. |
| | Jack Goldberger, Ret. |

PROCEEDINGS:   **JURY TRIAL (Day 5)**

| | |
|---|---|
| 9:00 | Court discussed deft's motion to suppress and that the court ruling would be the same |
| 9:11 | Govt calls witness: Lynn M. Billings (Sworn & testified) |
| 10:45 | Mid morning break |
| 11:00 | Court discussed the Motion to quash writ of HCAT of Samuel Murad with parties and USM, matter taken under advisement. |
| 11:11 | Resume direct examination |
| 12:10 | Jury in recess for lunch until 1:30 |
| 12:11 | USM response as to witness: Samuel Murad |
| 12:19 | Court directed witness: Samuel Murad to be here on Monday morning, August 14, 2017 at 9:00 a.m.  Court to enter an Order with drawing the writ. |
| 12:20 | Court in recess for lunch until 1:30 |
| 1:37 | Resume direct examination |
| 3:09 | Mid afternoon break until 3:25 |
| 3:30 | Cross examination by defense for Joe Harry Pegg |
| 4:10 | Jury excused for the evening to resume Monday at 9:00 a.m. |
| 4:11 | Court discussed  filing any legal memo re: witness Samuel Murad inserting his 5th |
| 4:16 | Court is adjourned for the evening to resume tomorrow at 9:00 a.m. |